IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PHYLLIS D. GOSA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL NO. 2:16-cv-55-CG-B |
| | ) |
| WAL-MART STORES EAST, LP, | ) |
| | ) |
| | ) |
| Defendant. | ) |

# JUDGMENT

In accordance with the Memorandum and Order issued this date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that **JUDGMENT** is entered in favor of Defendant Wal-Mart Stores East, LP against Plaintiff Phyllis D. Gosa as to all counts of Plaintiff's Complaint (*see* Doc. 1, Ex. A). It is, therefore, **ORDERED** that the Complaint is dismissed with prejudice.

**DONE** and **ORDERED** this 2nd day of February, 2017.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE